In the Matter of the Probate of the Will of HERBERT A. ALLEN, SR., Deceased. ALFRED J. JUKES, Respondent; WILLIAM E. ALLEN et al., Appellants.—

No opinion. Bergan, P. J., Gibson, Herlihy and Reynolds, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY C. HERMAN et al., Individually and as Copartners Doing Business under the Name of HERMAN AND CONWAY ASSOCIATES, Petitioners, v. JOSEPH H. MURPHY et al., Constituting the State Tax Commission, Respondents.—

Bergan, P. J., Gibson, Herlihy and Reynolds, JJ., concur.

In the Matter of the Claim of JOSEPH BLASKO, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— No opinion. Bergan, P. J., Gibson, Herlihy and Reynolds, JJ., concur.

GULF OIL CORPORATION, Appellant, v. BURAM REALTY COMPANY, INC., Respondent.— No opinion. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

LAWRENCE BRASH, by His Guardian ad Litem, FRANCIS BRASH, et al., Appellants, v. WILLIAM SCHNEIDER, Doing Business as NEW PURLING PALACE, Respondent.— No opinion. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.